IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| Cory Allen Taylor, | |
|---|---|
| Plaintiff, | |
| -vs- | Case No. 3:13-cv-73 |
| North Dakota State Hospital, Dr. Free, Grand Forks County Correctional Center, Dr. Jamie Roed, James River Correctional Center, and Dr. Broadhead, | **ORDER ADOPTING REPORT AND RECOMMENDATIONS** |
| Defendants. | |

On July 16, 2014, the undersigned received a Report and Recommendation from the Honorable Karen K. Klein, United States Magistrate Judge, pursuant to 28 U.S.C. § 636, recommending that Plaintiff Cory Allen Taylor be allowed to proceed with his claim that Dr. Jamie Roed, in his individual capacity, was deliberately indifferent to Taylor's medical needs.[1] The magistrate judge further recommended that the other claims be dismissed with prejudice, and that Taylor's motion to add an additional defendant be denied.[2] The Court has not received any objections to the Report and Recommendation.

The undersigned has reviewed the Report and Recommendation, along with the entire file, and finds that the Magistrate Judge's analysis is correct. Accordingly, the Court hereby adopts the Report and Recommendation in its entirety. For the reasons set forth therein, Taylor's motions[3] requesting that he be allowed to proceed with his claims are **GRANTED IN PART and DENIED IN PART**. All claims against the

---

[1] Doc. #32.

[2] Id.

[3] Doc. #17, #25, & #27).

1

defendants in their official capacities are **DISMISSED with prejudice**. The claims against Dr. Free and Dr. Broadhead in their individual capacities are **DISMISSED with prejudice**. Taylor is allowed to proceed with his claim that Dr. Jamie Roed, in his individual capacity, was deliberately indifferent to Taylor's medical needs. Finally, Taylor's motion to add an additional defendant[4] is **DENIED**.

**IT IS SO ORDERED.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 3rd day of September, 2014.

/s/ *Ralph R. Erickson*
Ralph R. Erickson, Chief Judge
United States District Court

---

[4] Doc. #22.