IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHEASTERN DIVISION

| | |
|---|---|
| Cory Allen Taylor,<br><br>            Plaintiff,<br><br>    -vs-<br><br>Dr. Jamie Roed,<br><br>            Defendant. | Case No. 3:13-cv-73<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the court has received a Report and Recommendation from the Honorable Alice R. Senechal, United States Magistrate Judge, recommending that the court dismiss Cory Taylor's complaint without prejudice for failure to prosecute.[1] Taylor has not objected to the Report and Recommendation within the prescribed time period.

After reviewing the record and considering the magistrate judge's Report and Recommendation, the court finds the magistrate judge's analysis of the claims and recommendations for disposition are appropriate. Accordingly, the court hereby adopts the Report and Recommendation in its entirety. For the reasons stated therein, Taylor's complaint is **DISMISSED without prejudice**.

    **IT IS SO ORDERED.**

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated this 10th day of July, 2015.

                                                     */s/ Ralph R. Erickson*
                                                     Ralph R. Erickson, Chief Judge
                                                     United States District Court

---

[1] Doc. #45.